**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6131**

———————

CARLOS HERNANDEZ, a/k/a Ra Saadi Lennox Hernandez El,

       Petitioner - Appellant,

    v.

JOSHUA H. STEIN; NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION,

       Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-hc-02285-M-RJ)

———————

Submitted:  April 11, 2024                         Decided:  April 16, 2024

———————

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carlos Hernandez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Hernandez appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition for failure to pay the initial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hernandez El v. Stein*, No. 5:23-hc-02285-M-RJ (E.D.N.C. Jan. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
